NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Dale K. Galipo
Law Offices of Dale K. Galipo
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
(818) 347-3333

ATTORNEY(S) FOR: Brandon Stevenson

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON STEVENSON, an individual;<br><br>Plaintiff(s),<br><br>v.<br><br>STATE OF CALIFORNIA; LAMONT NASH; SUZANNE PORTILLO; and DOES 1-10, inclusive,<br><br>Defendant(s) | CASE NUMBER:<br><br>2:24-cv-11112<br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>(Local Rule 7.1-1) |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Plaintiff, Brandon Stevenson or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Brandon Stevenson | Plaintiff |
| State of California | Defendant |
| Lamont Nash | Defendant |
| Suzanne Portillo | Defendant |

December 26, 2024
Date

/s/ Dale K. Galipo
Signature

Attorney of record for (or name of party appearing in pro per):

Brandon Stevenson