| | |
|---|---|
| 1 | **LAW OFFICES OF DALE K. GALIPO** |
| | Dale K. Galipo (SBN 144074) |
| 2 | E-mail: dalekgalipo@yahoo.com |
| | Hang D. Le (SBN 293450) |
| 3 | E-mail: hlee@galipolaw.com |
| | 21800 Burbank Blvd., Suite 310 |
| 4 | Woodland Hills, CA 91367 |
| | Tel: (818) 347-3333; Fax: (818) 347-4118 |

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON STEVENSON, an individual; | **Case No. 2:24-cv-11112-ODW-RAO** |
| | *Assigned to: Hon. Otis D. Wright* |
| | *Magistrate Judge: Rozella A. Oliver* |
| Plaintiffs, | |
| vs. | **PROOF OF SERVICE OF SUMMONS AND COMPLAINT** |
| LAMONT NASH; SUZANNE PORTILLO; and DOES 1-10, inclusive, | Complaint filed: December 26, 2024 |
| Defendants. | |

**TO THIS HONORABLE COURT:**

In accordance with Rule 4(l)(1) of the Federal Rules of Civil Procedure, and Central District Local Rule 5-3.1, Plaintiffs hereby submit their proof of service of the Complaint, Summons, and other documents on Defendant Suzanne Portillo (attached hereto as Exhibit "A").

PROOF OF SERVICE OF SUMMONS

| | | |
|---|---|---|
| 1 | DATED: February 5, 2025 | LAW OFFICES OF DALE K. GALIPO |
| 2 | | By: _/s / Dale K. Galipo_ |
| 3 | | Dale K. Galipo Attorney for Plaintiffs |

-1-
COMPLAINT FOR DAMAGES

# Exhibit A

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: <br> Dale K. Galipo (SBN 144074) <br> Hang D. Le (SBN 293450) <br> LAW OFFICES OF DALE K. GALIPO <br> 21800 Burbank Boulevard, Suite 310   Woodland Hills, CA 91367 <br> TELEPHONE NO.: (818) 347-3333 | FAX NO. | E-MAIL ADDRESS <br> ATTORNEY FOR *(Name)*: | FOR COURT USE ONLY |
|---|---|

| UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA |
|---|
| STREET ADDRESS: 350 West First Street, Suite 4311 |
| CITY AND ZIP CODE: Los Angeles, CA 90012 |
| BRANCH NAME: |

| PLAINTIFF/PETITIONER: BRANDON STEVENSON, an individual <br> DEFENDANT/RESPONDENT: LAMONT NASH; SUZANNE PORTILLO | CASE NUMBER: <br> 2:24-cv-11112 ODW (RAOx) |
|---|---|
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: <br> 2407397RC |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☑ Summons
   b. ☑ Complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet
   e. ☐ Cross-Complaint
   f. ☑ other *(specify documents)*: CIVIL COVER SHEET; NOTICE TO COUNSEL RE CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; CIVIL MINUTES - GENERAL; CERTIFICATION AND NOTICE OF INTERESTED PARTIES; NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM
3. a. Party served *(specify name of party as shown on documents served)*:
   **SUZANNE PORTILLO**
   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
   **Shelly R., Subpoena Clerk - Authorized person to accept service of process on behalf of Suzanne Portillo**
   **Age: 45 | Weight: 150 lbs | Hair: Black | Sex: Female | Height: 5'7" | Eyes: Brown | Race: White**
4. Address where the party was served: **California Highway Patrol**
   **2130 North Windsor Avenue**
   **Altadena, CA 91001**
5. I served the party *(check proper box)*
   a. ☑ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: **1/28/2025**   (2) at *(time)*: **12:01 PM**
   b. ☐ **by substituted service.** On *(date)*:   at *(time)*:   I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:
      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.
      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.
      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date)*:   from *(city)*:   **or** ☐ a declaration of mailing is attached.
      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| Form Approved for Mandatory Use <br> Judicial Council of California <br> POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10 <br> POS010-1/2407397 |

| Plaintiff: BRANDON STEVENSON, an individual | CASE NUMBER: |
| --- | --- |
| Defendant: LAMONT NASH; SUZANNE PORTILLO | 2:24-cv-11112 ODW (RAOx) |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date):*                                        (2) from *(city):*

   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

   ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

a. ☑ as an individual defendant.
b. ☐ as the person sued under the fictitious name of *(specify):*
c. ☐ as occupant.
d. ☐ On behalf of *(specify):*
   under the following Code of Civil Procedure section:

| | |
| --- | --- |
| ☐ 416.10 (corporation) | ☐ 415.95 (business organization, form unknown) |
| ☐ 416.20 (defunct corporation) | ☐ 416.60 (minor) |
| ☐ 416.30 (joint stock company/association) | ☐ 416.70 (ward or conservatee) |
| ☐ 416.40 (association or partnership) | ☐ 416.90 (authorized person) |
| ☐ 416.50 (public entity) | ☐ 415.46 (occupant) |
| | ☐ other: |

7. **Person who served papers**
  a. Name: **Danny Sor - Ace Attorney Service, Inc.**
  b. Address: **800 S. Figueroa Street, Suite 900  Los Angeles, CA 90017**
  c. Telephone number: **(213) 623-3979**
  d. **The fee** for service was: **$ 111.16**
  e. I am:
    (1) ☐ not a registered California process server.
    (2) ☑ exempt from registration under Business and Professions Code section 22350(b).
    (3) ☑ registered California process server:
      (i) ☐ owner    ☑ employee    ☐ independent contractor.
      (ii) Registration No.: **2021219725**
      (iii) County: **LOS ANGELES**

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **2/3/2025**

| **Danny Sor** | ▶ *(signature)* |
| --- | --- |
| (NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL) | (Signature - Per CC §1633.7) |