# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

BRANDON STEVENSON

Plaintiff(s),

v.

LAMONT NASH, et al.

Defendant(s).

CASE NUMBER:

2:24–cv–11112–ODW–RAO

**NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT**

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:   2/5/2025

Document No.:   12

Title of Document:   USM–285 Service of S/C – (21 days) Executed

**ERROR(S) WITH DOCUMENT:**

Incorrect event selected. Correct event to be used is: Service of summons and complaint returned executed 21 days

The incorrect event is ONLY for service of Process made by the US Marshal on corresponding USM form.. of which this filing is Not.

Other:

Note: To assist in a search for correct events, please use the "SEARCH" option for a "key word" to narrow the selection process

**Note:** In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: February 7, 2025           By: /s/ *Linda Chai Linda_Chai@cacd.uscourts.gov*
                                      Deputy Clerk

G–112A(06/24) NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENTS

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G–112A(06/24) NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENTS