1  ROB BONTA
   Attorney General of California
2  DONNA M. DEAN
   Supervising Deputy Attorney General
3  State Bar No. 187104
   DAVID KLEHM
4  Deputy Attorney General
   State Bar No. 165302
5   300 South Spring Street, Suite 1702
    Los Angeles, CA  90013-1230
6   Telephone:  (213) 269-6509
    Fax:  (916) 731-2120
7   E-mail:  Donna.Dean@doj.ca.gov
   *Attorneys for Defendants*
8  *Lamont Nash and Suzanne Portillo*

9                IN THE UNITED STATES DISTRICT COURT

10              FOR THE CENTRAL DISTRICT OF CALIFORNIA

11                          CENTRAL DISTRICT

12

| | |
|---|---|
| **BRANDON STEVENSON,**<br><br>Plaintiff,<br><br>v.<br><br>**LAMONT NASH, SUZANNE PORTILLO AND DOES 1 THROUGH 10, INCLUSIVE,**<br><br>Defendants. | 2:24-cv-11112-ODW(RAOx)<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS**<br><br>(Local Rule 8-3)<br><br>Complaint served: January 28, 2025<br>Current response date: February 18, 2025<br>New response date: March 20, 2025<br><br>Courtroom:   5D<br><br>Judge:   The Honorable Otis D. Wright, II<br><br>Trial Date:   Not set<br>Action Filed: January 2, 2025 |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that Defendants Lamont Nash and Suzanne Portillo shall have until March 20, 2025, to file a responsive pleading to Plaintiff's

1 | Complaint.

Pursuant to Local Rule 8-3 of the United States District Court for the Central District of California, said stipulation to extend the time for filing the responsive pleading to the initial Complaint is not more than 30 days from the date of the initial time to respond to the initial Complaint.

There have been no prior stipulations to extend the time for filing a responsive pleading to the complaint.

Dated: February 13, 2025						Respectfully submitted,

ROB BONTA
Attorney General of California
DONNA M. DEAN
Supervising Deputy Attorney General
DAVID KLEHM
Deputy Attorney General

As the filer of this stipulation, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

s/ Donna M. Dean

DONNA M. DEAN
Supervising Deputy Attorney General
*Attorneys for Defendants*
*Lamont Nash and Suzanne Portillo*

Dated: February 13, 2025						LAW OFFICES OF DALE K. GALIPO

s/ Hang D. Le

DALE K. GALIPO
HANG D. LE
*Attorneys for Plaintiff*
*Brandon Stevenson*