NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Donna M. Dean, SBN 187104
State of California, Department of Justice, Office of the Attorney General
300 S. Spring St., Ste. 1702
Los Angeles, CA 90013
(213) 269-6509
Donna.Dean@doj.ca.gov

ATTORNEY(S) FOR: Defendants

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| BRANDON STEVENSON | CASE NUMBER: |
|---|---|
| Plaintiff(s), | 2:24-cv-11112-ODW(RAOx) |
| v. | |
| LAMONT NASH, SUZANEE PORTILLO, ET AL. | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** (Local Rule 7.1-1) |
| Defendant(s) | |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _Defendants Lamont Nash and Suzanne Portillo_ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Plaintiff Brandon Stevenson | Plaintiff |
| Defendant Lamont Nash | Defendant |
| Defendant Suzanne Portillo | Defendant |
| California Highway Patrol | Employer of defendants |

February 13, 2025              s/ Donna M. Dean
Date                           Signature

Attorney of record for (or name of party appearing in pro per):

Defendants Lamont Nash and Suzanne Portillo