# CERTIFICATE OF SERVICE

| Case Name: | **Stevenson v. Nash, et al.** | No. | **2:24-cv-11112-ODW(RAOx)** |
|---|---|---|---|

I hereby certify that on <u>July 24, 2025</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STIPULATED PROTECTIVE ORDER.**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct, and that this declaration was executed on <u>July 24, 2025</u>, at San Diego, California.

| T. Arambul | *T. Arambul* |
|---|---|
| Declarant | Signature |

LA2025600488
85258578.docx