**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
E-mail: dalekgalipo@yahoo.com
Hang D. Le (SBN 293450)
E-mail: hlee@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333; Fax: (818) 347-4118

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON STEVENSON, an individual;<br><br>                    Plaintiffs,<br><br>        vs.<br><br>LAMONT NASH; SUZANNE PORTILLO; and DOES 1-10, inclusive,<br><br>                    Defendants. | Case No. 2:24-cv-11112-ODW-RAO<br><br>Assigned to: *Honorable Otis D. Wright*<br>            *Mag. Judge Rozella A. Oliver*<br><br>**STIPULATION AND FIRST REQUEST FOR ORDER CONTINUING DISCOVERY DEADLINES**<br><br><br>Trial:   September 22, 2026 |

**TO THE HONORABLE COURT:**

Plaintiff Brandon Stevenson and Defendants Lamonth Nash and Suzanne Portillo, (collectively, "the Parties") by and through their respective attorneys of record, hereby stipulate as follows:

1.      Plaintiff initiated this action on December 26, 2024 (Doc. No. 1), alleging that California Highway Patrol Officers Lamont Nash and Suzanne Portillo used excessive and unreasonable force when they shot and injured Plaintiff.

2.      On May 21, 2025, the Court issued its Scheduling and Case Management Order, setting case management dates, including a Percipient/Fact Discovery Cutoff of March 27, 2026, an Initial Expert Disclosure deadline of April 6, 2026, a Rebuttal Expert Dislcosure deadline of April 27, 2026, an Expert Discovery Cutoff of June 1, 2026, a Pretrial Conference date of August 31, 2026 and a Trial date of September 22, 2026.

3.      On May 23, 2025, Plaintiff sent out a Notice of Taking the Deposition of Lamont Nash and Suzanne Portillo, scheduled for June 10, 2025. Defense counsel informed Plaintiff's counsel that neither Defendant was available for the noticed date and provided alternative dates.

4.      On July 21, 2025, Plaintiff sent out an Amended Notice of Taking the Deposition of Defendants Lamont Nash and Suzanne Portillo for August 8, 2025 and August 26, 2025, dates that were mutually agreed upon by the parties. Plaintiff's counsel thereafter informed defense counsel that Plaintiff's counsel had a calendar conflict come up for August 26, 2025, and the parties mutually agreed to continue Defendant Nash's deposition to September 4, 2025. Additionally, prior to Defendant Portillo's scheduled deposition of August 8, 2025, defense counsel informed Plaintiff's counsel that a scheduling issue had arisen and the parties mutually agreed to continue her deposition to August 13, 2025. Amended notices were sent out for both continuances.

5.      On August 12, 2025, defense counsel requested the continuance of

Defendant Portillo's deposition due to trial preparation in an upcoming trial. The parties mutually agreed to continuing Defendant Portillo's deposition to September 22, 2025. An amended notice was sent out for the continuance.

6. On Septmber 16, 2025, Defendants sent out objections to Defendants' September scheduled depositions on the basis of unavailability. The parties met and conferred and agreed to continue Defendant Lamont's deposition to October 17, 2025.

7. On January 14, 2026, Defendants sent out a Notice of Taking the Deposition of Plaintiff Brandon Stevenson, which a deposition date set for January 27, 2026. On January 23, 2025, Plaintiff sent out an objection to the notice based on unavailability.

8. The parties are continuing meet and confer efforts to find mutually agreeable dates for outstanding depositions. However, the parties have been unable to do so due to their respective counsel's trial calendar. Plaintiff's lead trial counsel, Dale K. Galipo, was engaged in three back-to-back trial in the Central District, starting on January 26, 2026 and ending on February 26, 2026. Defense counsel started a 5-6 week trial in the Superior Court for the County of Riverside on February 27, 2026. Additionally, Defendant Portillo was on maternity leave.

9. The Parties have met and conferred and have tentatively agreed to availablity in May 2026 for outstanding depositions. The Parties are in agreement that a continuance of 60 days of the current discovery deadlines will be sufficient time to allow the Parties conduct and complete discovery.

10. This Stipulation is the Parties' first request to modify the Scheduling and Case Management Order.

11. Accordingly, in light of the foregoing, the Parties hereby stipulate that good cause exists, and jointly request that the Court modify the Scheduling and Case Management Order and continue the discovery dates and deadlines as follows:

//

| Case Management Event | Prior Date/Deadline | New Date/Deadline |
|---|---|---|
| Non-Expert Discovery Cut-Off | March 27, 2026 | May 25, 2026 |
| Expert Disclosure (Initial) | April 6, 2026 | June 5, 2026 |
| Expert Disclosure (Rebuttal) | April 27, 2026 | June 26, 2026 |
| Expert Discovery Cut-Off | June 1, 2026 | July 31, 2026 |

12.    All other case management dates remain unchanged.

DATED:  March 18, 2026              LAW OFFICES OF DALE K. GALIPO


By _____ */s/ Hang D. Le*_____
        Dale K. Galipo
        Hang D. Le
        Attorneys for Plaintiff Brandon Stevenson



DATED:  March 18, 2026              ROB BONTA
                                    Attorney General of California
                                    DONNA M. DEAN
                                    Supervising Deputy Attorney General

                                    */s/ David Klehm\**

                                    DAVID KLEHM
                                    Deputy Attorney General
                                    Attorneys for Defendants Lamont Nash and
                                    Suzanne Portillo

-3-
FIRST STIPULATION TO CONTINUE DISCOVERY DEADLINES

*The filer, Hang D. Le, hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur with the filing's content and have authorized the filing.

FIRST STIPULATION TO CONTINUE DISCOVERY DEADLINES