# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON STEVENSON, an individual;<br><br>Plaintiffs,<br><br>vs.<br><br>LAMONT NASH; SUZANNE PORTILLO; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:24-cv-11112-ODW-RAO<br><br>Assigned: *Honorable Otis D. Wright II*<br>*Mag. Judge Rozella A. Oliver*<br><br>**[PROPOSED] ORDER RE: STIPULATION AND FIRST REQUEST FOR ORDER CONTINUING DISCOVERY DEADLINES** |

# [PROPOSED] ORDER

Having reviewed the parties' Stipulation and First Request for Order Continuing Discovery Deadlines, and GOOD CAUSE appearing therefor, the Court ORDERS that modification of the May 21, 2025 Scheduling and Case Management Order as follows:

| Case Management Event | Prior Date/Deadline | New Date/Deadline |
|---|---|---|
| Non-Expert Discovery Cut-Off | March 27, 2026 | May 25, 2026 |
| Expert Disclosure (Initial) | April 6, 2026 | June 5, 2026 |
| Expert Disclosure (Rebuttal) | April 27, 2026 | June 26, 2026 |
| Expert Discovery Cut-Off | June 1, 2026 | July 31, 2026 |

All other case management dates remain unchanged.

**IT IS SO ORDERED.**

Dated: _____          _____
                                         Honorable Otis D. Wright II
                                         United States District Judge

-1-
[PROPOSED] ORDER