**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
E-mail: dalekgalipo@yahoo.com
Hang D. Le (SBN 293450)
E-mail: hlee@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333; Fax: (818) 347-4118

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON STEVENSON, an individual; <br><br> Plaintiffs, <br><br> vs. <br><br> LAMONT NASH; SUZANNE PORTILLO; and DOES 1-10, inclusive, <br><br> Defendants. | Case No. 2:24-cv-11112-ODW-RAO <br><br> Assigned to: *Honorable Otis D. Wright* *Mag. Judge Rozella A. Oliver* <br><br> **STIPULATION AND SECOND REQUEST FOR ORDER MODIFYING CASE MANAGEMENT DEADLINES** |

## TO THE HONORABLE COURT:

Plaintiff Brandon Stevenson and Defendants Lamonth Nash and Suzanne Portillo, (collectively, "the Parties") by and through their respective attorneys of record, hereby stipulate as follows:

1.    Plaintiff initiated this action on December 26, 2024 (Doc. No. 1), alleging that California Highway Patrol Officers Lamont Nash and Suzanne Portillo used excessive and unreasonable force when they shot and injured Plaintiff.

2.    On May 21, 2025, the Court issued its Scheduling and Case Management Order, setting case management dates, including a Percipient/Fact Discovery Cutoff of March 27, 2026, an Initial Expert Disclosure deadline of April 6, 2026, a Rebuttal Expert Dislcosure deadline of April 27, 2026, an Expert Discovery Cutoff of June 1, 2026, a Pretrial Conference date of August 31, 2026 and a Trial date of September 22, 2026.

3.    On May 23, 2025, Plaintiff sent out a Notice of Taking the Deposition of Lamont Nash and Suzanne Portillo, scheduled for June 10, 2025. Defense counsel informed Plaintiff's counsel that neither Defendant was available for the noticed date and provided alternative dates.

4.    On July 21, 2025, Plaintiff sent out an Amended Notice of Taking the Deposition of Defendants Lamont Nash and Suzanne Portillo for August 8, 2025 and August 26, 2025, dates that were mutually agreed upon by the parties. Plaintiff's counsel thereafter informed defense counsel that Plaintiff's counsel had a calendar conflict come up for August 26, 2025, and the parties mutually agreed to continue Defendant Nash's deposition to September 4, 2025. Additionally, prior to Defendant Portillo's scheduled deposition of August 8, 2025, defense counsel informed Plaintiff's counsel that a scheduling issue had arisen and the parties mutually agreed to continue her deposition to August 13, 2025. Amended notices were sent out for both continuances.

5.    On August 12, 2025, defense counsel requested the continuance of

Defendant Portillo's deposition due to trial preparation in an upcoming federal court wrongful death trial. The parties mutually agreed to continuing Defendant Portillo's deposition to September 22, 2025. An amended notice was sent out for the continuance.

6. On Septmber 16, 2025, Defendants sent out objections to Defendants' September scheduled depositions on the basis of unavailability. The parties met and conferred and agreed to continue Defendant Lamont's deposition to October 17, 2025, and Sgt. Nash's deposition was conducted and completed on that date.

7. On January 14, 2026, Defendants sent out a Notice of Taking the Deposition of Plaintiff Brandon Stevenson, which a deposition date set for January 27, 2026. On January 23, 2025, Plaintiff sent out an objection to the notice based on unavailability.

8. Recently, defense counsel was scheduled for surgery on May 6, 2026, and will on medical leave for at least three weeks.

9. The parties have met and confered and have agreed upon a deposition schedule for the remaining three depositons, Defendant, Officer Murillo,(formerly Portillo), plaintiff, and a Officer Oakley who arrived on scene at about the time the shots were fired.  Since Defense counsel DAG Klehm will be on leave, he has obtained coverage for the depositions of Officer Oakley on May 12, 2026, and Officer Murillo on May 20, 2026.

10. The Parties are in agreement that a continuance of 60 days of the current discovery deadlines will be sufficient time to allow the Parties conduct and complete discovery.

11. This Stipulation is the Parties' second request to modify the Scheduling and Case Management Order.

12. Additionally, due to Defense counsel being on an extended leave of at least three weeks, the parties have agreed to continue the trial date and related pre-trial and expert dates.

13.     Accordingly, in light of the foregoing, the Parties hereby stipulate that good cause exists, and jointly request that the Court modify the Scheduling and Case Management Order and continue the discovery dates and deadlines as follows:

| Case Management Event | Prior Date/Deadline | New Date/Deadline |
|---|---|---|
| Non-Expert Discovery Cut-Off | May 25, 2026 | July 10, 2026 |
| Expert Disclosure (Initial) | June 5, 2026 | July 17, 2026 |
| Expert Disclosure (Rebuttal) | June 26, 2026 | July 31, 2026 |
| Expert Discovery Cut-Off | July 31, 2026 | August 31, 2026 |
| Trial | September 22, 2026 | November 3, 2026 at 9:00 a.m. |
| Deadline to File Trial Exhibit Stipulation | September 17, 2026 | October 29, 2026 |
| Hearings on Motions in Limine | September 14, 2026 at 1:30 p.m. | October 26, 2026 at 1:30 p.m. |
| Deadline to File Oppositions to Motions in Limine | September 2, 2026 | October 14, 2026 |
| Final Pretrial Conference | August 31, 2026 | October 12, 2026 |
| Deadline to File Motions in Limine | August 26, 2026 | October 7, 2026 |
| Deadline to File Trial Documents and Pretrial Conference Order | August 24, 2026 | October 5, 2026 |
| Deadline Conduct Settlement Conference | June 22, 2026 | July 22, 2026 |

14.     All other case management dates remain unchanged.

SECOND STIPULATION TO CONTINUE MODIFY CASE MANAGEMENT DEADLINES

DATED:  May 6, 2026                 LAW OFFICES OF DALE K. GALIPO

By             */s/ Hang D. Le*

Dale K. Galipo
Hang D. Le
Attorneys for Plaintiff Brandon Stevenson

DATED:  May 6, 2026                 ROB BONTA
Attorney General of California
DONNA M. DEAN
Supervising Deputy Attorney General

***/s/ David Klehm***

DAVID KLEHM
Deputy Attorney General
Attorneys for Defendants Lamont Nash and
Suzanne Portillo

*The filer, Hang D. Le, hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur with the filing's content and have authorized the filing.

SECOND STIPULATION TO CONTINUE MODIFY CASE MANAGEMENT DEADLINES