# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON STEVENSON, an individual;<br><br>              Plaintiffs,<br><br>   vs.<br><br>LAMONT NASH; SUZANNE PORTILLO; and DOES 1-10, inclusive,<br><br>              Defendants. | Case No. 2:24-cv-11112-ODW-RAO<br><br>Assigned: *Honorable Otis D. Wright II<br>Mag. Judge Rozella A. Oliver*<br><br>**ORDER RE: STIPULATION AND SECOND REQUEST FOR ORDER MODIFYING CASE MANAGEMENT DEADLINES** |

## <u>ORDER</u>

Having reviewed the parties' Stipulation and Second Request for Order Modifying Case Management Dates, and GOOD CAUSE appearing therefor, the Court ORDERS that modification of the May 21, 2025 Scheduling and Case Management Order and March 23, 2026 Order re: Stipulation and First Request for Order Continuning Discovery Deadlines as follows:

---

~~[PROPOSED]~~ ORDER

| Case Management Event | Prior Date/Deadline | New Date/Deadline |
|---|---|---|
| Non-Expert Discovery Cut-Off | May 25, 2026 | July 10, 2026 |
| Expert Disclosure (Initial) | June 5, 2026 | July 17, 2026 |
| Expert Disclosure (Rebuttal) | June 26, 2026 | July 31, 2026 |
| Expert Discovery Cut-Off | July 31, 2026 | August 31, 2026 |
| **Trial** | September 22, 2026 | **November 3, 2026 at 9:00 a.m**. |
| Deadline to File Trial Exhibit Stipulation | September 17, 2026 | October 29, 2026 |
| **Hearings on Motions in Limine** | September 14, 2026 at 1:30 p.m. | **October 26, 2026 at 1:30 p.m.** |
| Deadline to File Oppositions to Motions in Limine | September 2, 2026 | October 14, 2026 |
| **Final Pretrial Conference** | August 31, 2026 | **October 13, 2026 at 1:30 pm** |
| Deadline to File Motions in Limine | August 26, 2026 | October 7, 2026 |
| Deadline to File Trial Documents and Pretrial Conference Order | August 24, 2026 | October 5, 2026 |
| Deadline Conduct Settlement Conference | June 22, 2026 | July 22, 2026 |

All other case management dates remain unchanged.

**IT IS SO ORDERED.**

Dated:  May 12, 2026

_____
Honorable Otis D. Wright II
United States District Judge

-1-
[PROPOSED] ORDER