**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **BRANDON STEVENSON,**<br>Plaintiff,<br>**v.**<br>**LAMONT NASH, SUZANNE PORTILLO AND DOES 1 THROUGH 10, INCLUSIVE,**<br>Defendants. | Case No. 2:24-cv-11112-ODW(RAOx)<br>**[PROPOSED] ORDER ON DEFENDANTS LAMONT NASH AND SUZANNE PORTILLO'S EX PARTE TO CONTINUE TRIAL DATE DUE TO RECENT CONFLICTING SUPERIOR COURT TRIAL DATE CONTINUANCE** |

The Court, having considered Defendants' Ex Parte Application to Continue the November 3, 2026, Trial Date, the supporting declaration, any opposition, and the record in this action, ORDERS:

1. Defendants' application is GRANTED.

2. The trial currently set for November 3, 2026, is continued to ____________________ at _______________ a.m./p.m. in Courtroom 5D.

3. The Final Pretrial Conference is continued to_________________.

4. The deadline to file the Final Pretrial Conference Order is continued to _________________________________.

**IT IS SO ORDERED.**

Dated: ______________________

______________________________
The Honorable Otis D. Wright, II

LA2025600488