UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| No. | 2:24-cv-11112-ODW (RAOx) | Date | September 23, 2026 |
| Title | *Brandon Stevenson v. Lamont Nash et al.* | | |

| | | |
|---|---|---|
| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| | |
|---|---|
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not present | Not present |

**Proceedings (In Chambers):**

The Court reviewed Defendants' Ex Parte Application to Continue Trial. (Dkt. No. 31.) The Court finds no good cause for a continuance or vacating existing dates without Defendants proposing a new trial date and associated pretrial dates, in consultation with Plaintiff's counsel. Accordingly, the Defendants' ex parte request to continue the trial date is **DENIED**.

**IT IS SO ORDERED.**

: 00

Initials of Preparer SE