**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
E-mail: dalekgalipo@yahoo.com
Hang D. Le (SBN 293450)
E-mail: hlee@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333; Fax: (818) 347-4118

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRANDON STEVENSON, an individual;<br><br>Plaintiffs,<br><br>vs.<br><br>LAMONT NASH; SUZANNE PORTILLO; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:24-cv-11112-ODW-RAO<br><br>Assigned to:<br>*Honorable Otis D. Wright*<br>*Mag. Judge Rozella A. Oliver*<br><br>**JOINT WITNESS LIST**<br><br><u>Final Pretrial Conference</u>:<br>Date: October 13, 2026<br>Time: 1:30 p.m.<br>Crtrm: 5D<br><br><u>Trial</u>:<br>Date: November 3, 2026 |

| Witness's Name | Summary of Witness Testimony | Direct Exam (hours) | Cross Exam (hours) | Dates of Testimony |
|---|---|---|---|---|
| **Plaintiff's Witnesses** | | | | |
| 1. Lamont Nash (Defendant CHP Officer) | Witness will testify regarding the use of deadly force against Brandon Stevenson, as well as the facts and circumstances surrounding the incident. Witness is also expected to testify as to the policies and training of CHP. | 2 hours | 2 hours | |
| 2. Suzanne Murillo (née Portillo) (Defendant CHP Officer) | Witness will testify regarding the use of deadly force against Brandon Stevenson, as well as the facts and circumstances surrounding the incident. Witness is also expected to testify as to the policies and training of CHP. | 2 hours | 2 hours | |
| 3. Morgan Oakley (CHP Officer) | Witness will testify regarding the use of deadly force against Brandon Stevenson, as well as the facts and circumstances surrounding the incident. Witness is also expected to testify as to the policies and training of CHP. | 1-1.5 hours | 1.25 hours | |
| 4. Scott DeFoe (Plaintiff's police practices expert) | Witness will testify as to his background and experience; standard police practices and training and POST standards; the involved officers' conduct, tactics, and use of force during the subject incident; opinions made in his Rule 26 Report and at the time of his depositions; and any hypotheticals posed to witness. | 1.5-2 hours | 4.5 hours | |

| | | | | |
|---|---|---|---|---|
| 5. Scott Naramore (Plaintiff's accident reconstructionist) | Witness will testify as to his background and experience; accident reconstruction work on the incident; data and evidence he reviewed; opinions made in his Rule 26 Report and at the time of his depositions; and any hypotheticals posed to the witness. | 1.5-2 hours | 3 hours | |
| 6. Brandon Stevenson (Plaintiff) | Witness will testify as to his recollection of the subject incident; damages. | 1-1.5 hours | 2.5 hours | |
| 7. Kevin Michael Lunney, M.D. | Witness was a physician at Los Angeles General Medical Center on the day of the subject incident and was the admitting physician for Mr. Stevenson. Witness oversaw Mr. Stevenson's medical care during Mr. Stevenson's initial stay at LAGMC and will testify as to his examination of Mr. Stevenson, observations regarding Mr. Stevenson's injuries and medical condition, medical treatment rendered to Mr. Stevenson while Mr. Stevenson was at LAGMC, the reasonableness and necessity of such medical treatment, and medical bills. | 0.5-0.75 hours | .5 hours | |
| 8. Tayler Jean James, MD* | Witness was a physician at Los Angeles General Medical Center on the day of the subject incident and was a treating physician for Mr. | 0.5-0.75 hours | .5 hours | |

* Witness will be called only if necessary.

| | | | | |
|---|---|---|---|---|
| | Stevenson during his initial stay at LAGMC and on July 16, 2021, when Mr. Stevenson returned to LAGMC to get a bullet fragment removed from his left thigh. Witness will testify as to his examination of Mr. Stevenson, observations regarding Mr. Stevenson's injuries and medical condition, medical treatment rendered to Mr. Stevenson while Mr. Stevenson was LAGMC, including witness's removal of a bullet fragment from Mr. Stevenson's left thigh, the reasonableness and necessity of such medical treatment, and medical bills. | | | |
| 9. Morgan Anne Schellenberg, MD* | Witness was an attending physician who provided care to Mr. Stevenson in the emergency room at LAGMC when he visited on July 4, 2021. Witness will testify as to the consultation performed with Mr. Stevenson, any observations and diagnoses of injuries or condition, and any medical care witness performed or ordered to be performed. | 0.5-0.75 hours | .5 hours | |
| 10. Christopher John Pellegrino, MD* | Witness was resident physician who provided care to Mr. Stevenson in the emergency room at LAGMC when he visited on July 4, 2021. Witness will testify as to the consultation performed with Mr. Stevenson, any | 0.5-0.75 hours | .5 hours | |

| | | | | |
|---|---|---|---|---|
| | observations and diagnoses of injuries or condition, and any medical care witness performed or ordered to be performed. | | | |
| 11. Timonthy Saang Park, MD* | Witness was physician who provided care to Mr. Stevenson in the emergency room at LAGMC when he visited on July 4, 2021. Witness will testify as to the consultation performed with Mr. Stevenson, any observations and diagnoses of injuries or condition, and any medical care witness performed or ordered to be performed. | 0.5-0.75 hours | .5 hours | |
| 12. Gerold Joseph Farrell III, MD | Witness was the admitting physician in charge of Mr. Stevenson's care when Mr. Stevenson visited LAGMC on July 16, 2021. Witness will testify as to his examination of Mr. Stevenson, observations regarding Mr. Stevenson's injuries and medical condition, medical treatment rendered to Mr. Stevenson while Mr. Stevenson was at LAGMC, the reasonableness and necessity of such medical treatment, and medical bills. | 0.5-0.75 hours | .5 hours | |
| 13. Darlene Janalyn Hanlon, MD* | Witness was a resident physician who provided care to Mr. Stevenson in the emergency room when he visited on July 16.2021. Witness will testify as to the consultation she performed | 0.5-0.75 hours | .5 hours | |

| | | | | |
|---|---|---|---|---|
| | with Mr. Stevenson, any observations and diagnoses of injuries or condition, and any medical care witness performed or ordered to be performed. | | | |
| 14. Lydia Lam, MD* | Witness was an attending physician who provided care to Mr. Stevenson in the emergency room when he visited on July 16.2021. Witness will testify as to the consultation performed with Mr. Stevenson, any observations and diagnoses of injuries or condition, and any medical care witness performed or ordered to be performed. | 0.5-0.75 hours | .5 hours | |
| 15. Parakrama Tissa Chandrasom, MD* | Witness was an attending physician who provided care to Mr. Stevenson in the emergency room when he visited on July 4, 2021 and July 16.2021. Witness will testify as to the consultation performed with Mr. Stevenson, any observations and diagnoses of injuries or condition, and any medical care witness performed or ordered to be performed. | 0.5-0.75 hours | .5 hours | |
| 16. Quazi Zubair Al - Tariq, MD* | Witness was a radiologist at Untied Medical Imaging who conducted x-rays, MRIs, and CT scans of Mr. Stevenson's injury and drafted a report regarding his findings. Witness will testify to any medical care or diagnostic tests performed on Mr. | 0.5-0.75 hours | .5 hours | |

| | | | | |
|---|---|---|---|---|
| | Stevenson, and any observations, diagnoses, or conclusions regarding Mr. Stevenson's injuries. | | | |
| 17. Samuel Burstein, MD | Witness is Mr. Stevenson's primary care physician. Witness is expected to testify as to medical assessments of Mr. Stevenson, his ongoing care provided to Mr. Stevenson, and any and all medical care or diagnostic tests performed or ordered, and any observations, diagnoses or conclusions regarding Mr. Stevenson's injuries. Witness is also expected to testify on any future medical care recommended for Mr. Stevenson. | 0.5-0.75 hours | .5 hours | |
| 18. Joseph Zibulewsky, MD | Witness is a physician at UCLA West Valley Medical Center was Mr. Stevenson visited on February 15, 2025. Witness is expected to testify regarding Mr. Stevenson's complaints related to his injury, medical sought by Mr. Stevenson, and witness's observations, medical care, diagnostic tests, diagnoses relating to Mr. Stevenson's injuries, and medical bills. | 0.5-0.75 hours | .5 hours | |
| 19. Benjamin Nabong, PT, DPT | Witness is a physical therapist at Paraclete 38 Physical Therapy, which Mr. Stevenson visited from March 2025 to August 2025. Witness will testify as to his observations and conclusions | 0.5-0.75 hours | .5 hours | |

| | | | | |
|---|---|---|---|---|
| | regarding Mr. Stevenson's physical wellness relating to his injuries and physical therapy treatment and plan administered to Mr. Stevenson. | | | |
| 20. Nouriel Niamehr, DO | Witness is a physician at Synovation Medical Group and a physical medicine and rehabilitation specialist. Dr. Niamehr oversaw Mr. Stevenson's paint management plan and treatment at Synovation Medical Group and will testify as to Mr. Stevenson's medical condition, any evaluation he performed on Mr. Stevenson, symptoms observed including any physical limitations, diagnoses and treatment plans, treatment provided and medications prescribed to Mr. Stevenson and medical bills. Dr. Niamehr will also testify as to any recommended future treatments and estimated costs of those treatments. | 0.5-0.75 hours | .5 hours | |
| 21. Christina Villanueva, NP* | Ms. Villanueva is a nurse practitioner at Synovation Medical Group. Ms. Villanueva is expected to testify regarding her observations and diagnoses of Mr. Stevenson's injuries, physical pain, and physical limitations and any and all medical care provided to Mr. Stevenson. | 0.5-0.75 hours | .5 hours | |

| | | | | |
|---|---|---|---|---|
| 22. Orah Mahtov, NP* | Ms. Mahtov is a nurse practitioner at Synovation Medical Group. Ms. Mahtov is expected to testify regarding her observations and diagnoses of Mr. Stevenson's injuries, physical pain, and physical limitations and any and all medical care provided to Mr. Stevenson. | 0.5-0.75 hours | .5 hours | |
| **Defendants' Witnesses** | | | | |
| 23. CHP Officer Chad Black | authored the physical evidence description for MAIT report, including a description of the tire friction marks illustrated on Figure 17. | 1.5 hours | 1 hour | |
| 24. CHP Officer Jeff Chen | Photographed evidence referenced in the MAIT report including the tire traction marks illustrated on Figure 17. | 1.25 hours | 0.5 hours | |
| 25. CHP Officer Adam Eggelston | Imaged the Event Data Recorders of plaintiff's vehicle and Officer Oakley's patrol vehicle and created Scene and Physical Evidence Diagrams depicted in the MAIT Report. | 1.5 hours | 1 hour | |
| 26. CHP Officer Phillip Kasinger | Authored the analysis regarding the EDR data in the MAIT Report. | 1.5 hours | 0.75 hours | |
| 27. Clarence Chapman - Police Practices Expert | Witness will testify as to his background and experience; standard police practices and training and POST standards; the involved officers' conduct, tactics, and use of force during the subject incident; opinions made in his | 2.5 hours | 1-1.5 hours | |

| | | | | |
|---|---|---|---|---|
| | Rule 26 Report and opinions of plaintiff's corollary expert's Rule 26 Reports, and at the time of his deposition; and any hypotheticals posed to witness. | | | |
| 28. CHP Sgt. Lamont Nash-Defendant | Witness will testify regarding the use of deadly force against Brandon Stevenson, as well as the facts and circumstances surrounding the incident. Witness is also expected to testify as to the policies and training of CHP. | 1.5 hours | 1.5 hours | |
| 29. CHP Officer Suzanne Murillo-(formerly Portillo)-Defendant | Witness will testify regarding the use of deadly force against Brandon Stevenson, as well as the facts and circumstances surrounding the incident. Witness is also expected to testify as to the policies and training of CHP. | 1.5 hours | 1.5 hours | |
| 30. Morgan Oakley (CHP Officer) | Witness will testify regarding the facts and circumstances on the night of the incident and the policies and training of CHP. | 1 hour | 1 hour | |
| 31. Eric Voss (CHP Officer) | Witness will testify regarding the facts and circumstances on the night of the incident regarding the pursuit of plaintiff's vehicle on the freeway and the shooting and post-shooting conduct of plaintiff. | 1 hour | 0.5 hours | |
| 32. Micheal Herrera (CHP Officer) | Witness will testify regarding the facts and circumstances on the night of the incident regarding the shooting and post-shooting conduct of plaintiff. | 1 hour | 0.5 hours | |

| | | | | |
|---|---|---|---|---|
| 33. Danny Kuo (CHP Officer) | Witness will testify regarding the facts and circumstances on the night of the incident regarding the shooting and post-shooting conduct of plaintiff. | 1 hour | 0.5 hours | |
| 34. Jennnifer Dorrel Los Angeles Police Dept. Criminalist (N5003) | Witness will testify about bullet paths of Defendants' bullets into plaintiff's vehicle. | 1.5 hours | 0.75 hours | |
| 35. Jake Choi LAPD Officer (41054) | Witness will testify about the Event Data Recorder from plaintiff's vehicle. | 1.5 hours | 0.75 hours | |
| 36. Frank Flores LAPD Detective (32539) | Witness will testify about LAPD's investigation of scene shooting | 1.5 hours | 0.75 hours | |
| 37.Mark Shepherd | Witness will testify about being struck by plaintiff's vehicle and calling 911 which initiated CHP's pursuit of plaintiff | 1 hour | 0.5 hours | |
| 38.Chris Buono Sgt. CHP (17357) | Witness will testify about MAIT process of collection and physical evidence at scene of shooting | 1.5 hours | 0.75 hours | |
| 39. K. Butler Sgt. CHP (18066) | Witness will testify about Critical Incident Investigation Team process of collecting evidence at shooting scene | 1.5 hours | 0.75 hours | |
| 40. J. Borncamp Sgt. CHP (18297) | Witness will testify about his role as Scene Supervisor at shooting scene | 1.5 hours | 0.75 hours | |
| | TOTAL Direct for Defendants' Witnesses | 25.25 Hrs. | | |