**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
E-mail: dalekgalipo@yahoo.com
Hang D. Le (SBN 293450)
E-mail: hlee@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367S
Tel: (818) 347-3333; Fax: (818) 347-4118

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

BRANDON STEVENSON, an individual;

Plaintiff,

vs.

LAMONT NASH; SUZANNE PORTILLO; and DOES 1-10, inclusive,

Defendants.

Case No. 2:24-cv-11112-ODW-RAO

Assigned to:
*Honorable Otis D. Wright*
*Mag. Judge Rozella A. Oliver*

**JOINT STATEMENT OF THE CASE**

Final Pretrial Conference:
Date: October 13, 2026
Time: 1:30 p.m.
Crtrm: 5D

Trial:
Date: November 3, 2026

**TO THE HONORABLE COURT**:

Pursuant to the Court's Scheduling and Case Management Order, Plaintiff Brandon Stevenson and Defendants Lamont Nash and Suzanne Portillo, by and through their respective counsel of record, hereby submit this Joint Statement of the Case.

Respectfully submitted,

DATED: October 5, 2026

LAW OFFICES OF DALE K. GALIPO

By *_/s/ Hang D. Le_*

Dale K. Galipo
Hang D. Le
Attorneys for Plaintiff

DATED: October 5, 2026

ROB BONTA
Attorney General of California
ROLANDO PASQUALI
Supervising Deputy Attorney General

By *_/s/ David Klehm_*

DAVID KLEHM
Deputy Attorney General
Attorneys for Defendants,
Lamont Nash and Suzanne Portillo

**JOINT STATEMENT OF THE CASE**

This case arises out of an officer-involved shooting that occurred on July 4, 2021, in Los Angeles, California. The Plaintiff in this case is Brandon Stevenson. The Defendants are California Highway Patrol officers Lamont Nash and Suzanne Portillo. Plaintiff contends that Defendants Lamont Nash and Suzanne Portillo used excessive force against him when they shot him. Plaintiff seeks monetary damages as permitted by law.

The defendants deny those claims and contend that their use of force was reasonable under the totality of the circumstances.