**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
E-mail: dalekgalipo@yahoo.com
Hang D. Le (SBN 293450)
E-mail: hlee@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367S
Tel: (818) 347-3333; Fax: (818) 347-4118

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRANDON STEVENSON, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>LAMONT NASH; SUZANNE PORTILLO; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:24-cv-11112-ODW-RAO<br><br>Assigned to:<br>*Honorable Otis D. Wright*<br>*Mag. Judge Rozella A. Oliver*<br><br>**JOINT REPORT RE: SETTLEMENT**<br><br><u>Final Pretrial Conference</u>:<br>Date: October 13, 2026<br>Time: 1:30 p.m.<br>Crtrm: 5D<br><br><u>Trial</u>:<br>Date: November 3, 2026 |

**<u>TO THE HONORABLE COURT</u>**:

Pursuant to the Court's Scheduling and Case Management Order, Plaintiff Brandon Stevenson and Defendants Lamont Nash and Suzanne Portillo, by and through their respective counsel of record, hereby submit this Joint Report regarding Settlement.

There have not been any substantive settlement discussions. A private mediation in front of mediator Richard Copeland has been scheduled for October 16, 2026.

Respectfully submitted,

DATED: October 5, 2026

LAW OFFICES OF DALE K. GALIPO

By *_/s/ Hang D. Le_*
Dale K. Galipo
Hang D. Le
Attorneys for Plaintiff

DATED: October 5, 2026

ROB BONTA
Attorney General of California
ROLANDO PASQUALI
Supervising Deputy Attorney General

By *_/s/ David Klehm_*
DAVID KLEHM
Deputy Attorney General
Attorneys for Defendants,
Lamont Nash and Suzanne Portillo