**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
E-mail: dalekgalipo@yahoo.com
Hang D. Le (SBN 293450)
E-mail: hlee@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367S
Tel: (818) 347-3333; Fax: (818) 347-4118

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRANDON STEVENSON, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>LAMONT NASH; SUZANNE PORTILLO; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:24-cv-11112-ODW-RAO<br><br>Assigned to:<br>*Honorable Otis D. Wright*<br>*Mag. Judge Rozella A. Oliver*<br><br>**PLAINTIFF'S PROPOSED VERDICT FORM**<br><br><u>Final Pretrial Conference</u>:<br>Date: October 13, 2026<br>Time: 1:30 p.m.<br>Crtrm: 5D<br><br><u>Trial</u>:<br>Date: November 3, 2026 |

**<u>TO THE HONORABLE COURT</u>**:

Pursuant to the Court's Scheduling and Case Management Order, Plaintiff Brandon Stevenson, by and through his counsel of record, hereby submits this Proposed Verdict Form

Respectfully submitted,

DATED: October 5, 2026 LAW OFFICES OF DALE K. GALIPO

By *__/s/ Hang D. Le__*
Dale K. Galipo
Hang D. Le
Attorneys for Plaintiff

**PLAINTIFF'S PROPOSED VERDICT FORM**

We, the jury in the above-entitled action, find the following:

**QUESTION 1:** Did any of the following California Highway Patrol officers use excessive force against Brandon Stevenson?

| | | |
|---|---|---|
| Lamont Nash | YES __________ | NO ___________ |
| Suzanne Portillo | YES __________ | NO ___________ |

*If you answered "Yes" to any defendant in Question 1, please proceed to answer Question 2 for that defendant.*

*If you answered "No" to all defendants in Question 1, please sign and return this form.*

**QUESTION 2:** Was the use of excessive a cause of Brandon Stevenson's harm, damage, injury, or loss?

| | | |
|---|---|---|
| Lamont Nash | YES __________ | NO ___________ |
| Suzanne Portillo | YES __________ | NO ___________ |

*Please answer Question 3.*

*If you answered "Yes" to any defendant in Question 2, please proceed to answer Question 3.*

*If you answered "No" to all defendants in Question 2, please sign and return this form.*

//

//

**QUESTION 3**: What are Plaintiff Brandon Stevenson's damages?

Past Pain and Suffering and Emotional Distress $__________________________

Future Pain and Suffering and Emotional Distress $__________________________

Past Economic Loss $__________________________

Future Economic Loss $__________________________

*Please sign and date this verdict form and return it to the Court.*

Dated: __________________ Signed: ____________________________

Jury Foreperson