**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
E-mail: dalekgalipo@yahoo.com
Hang D. Le (SBN 293450)
E-mail: hlee@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333; Fax: (818) 347-4118

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

BRANDON STEVENSON, an individual;

Plaintiffs,

vs.

LAMONT NASH; SUZANNE PORTILLO; and DOES 1-10, inclusive,

Defendants.

Case No. 2:24-cv-11112-ODW-RAO

Assigned to:
*Honorable Otis D. Wright*
*Mag. Judge Rozella A. Oliver*

**JOINT EXHIBIT LIST AND STIPULATION**

Final Pretrial Conference:
Date: October 13, 2026
Time: 1:30 p.m.
Crtrm: 5D

Trial:
Date: November 3, 2026

**TO THE HONORABLE COURT**:

Pursuant to the Court's Scheduling and Case Management Order, Plaintiff Brandon Stevenson and Defendants Lamont Nash and Suzanne Portillo, by and through their respective counsel of record, hereby submit this Joint Exhibit List and Stipulation.

Respectfully submitted,

DATED: October 5, 2026

LAW OFFICES OF DALE K. GALIPO

By */s/ Hang D. Le*
Dale K. Galipo
Hang D. Le
Attorneys for Plaintiff

DATED: October 5, 2026

ROB BONTA
Attorney General of California
ROLANDO PASQUALI
Supervising Deputy Attorney General

By */s/ David Klehm*
DAVID KLEHM
Deputy Attorney General
Attorneys for Defendants,
Lamont Nash and Suzanne Portillo

**Pretrial Exhibit List and Stipulation**

| No. | Description | Objection and Grounds | Response to Objection |
|---|---|---|---|
| **Plaintiff's Exhibits** | | | |
| 1. | Nash & Portillo MVARS (CHP001240) | | |
| 2. | Oakley MVARS (CHP001241) | | |
| 3. | Audio Recording of Interview of Lamont Nash (CHP001242-1244) (ID only) | FRE 613, 801, 802, 901 | Π Response: Intended to be introduced identification only |
| 4. | Transcription of Interview of Lamont Nash (CHP000341-374) (ID only) | FRE 613, 801, 802, 901 | Π Response: Intended to be introduced identification only |
| 5. | Audio Recording of Interview of Suzanne Portillo (CHP001245-1246) (ID only) | FRE 613, 801, 802, 901 | Π Response: Intended to be introduced identification only |
| 6. | Transcription of Interview of Suzanne Portillo (CHP000305-340) (ID only) | FRE 613, 801, 802, 901 | Π Response: Intended to be introduced identification only |
| 7. | Audio Recording of Interview of Morgan Oakley (CHP001247-1248) (ID only) | FRE 613, 801, 802, 901 | Π Response: Intended to be introduced identification only |
| 8. | Transcription of Interview of Morgan Oakley (CHP000375-400) (ID only) | FRE 613, 801, 802, 901 | Π Response: Intended to be introduced identification only |
| 9. | CHP MAIT Physical Evidence Diagram from MAIT Report (CHP001254) | FRE 401, 403, 801, 802, 803, 901 | Π Response: Relevant to liability; |

| **No.** | **Description** | **Objection and Grounds** | **Response to Objection** |
|---|---|---|---|
| | | | Plaintiff will lay foundation |
| 10 | LAPD Bullet Path Analysis (CHP000185-191) | FRE 401, 403, 801, 802, 803, 901 | Π Response: Relevant to liability; Plaintiff will lay foundation |
| 11 | Photographs of the Scene (CHP000422, 430, 434, 494, 495, 504, 505, 506, 554, 727, 794, 795, 803, 805, 814-818, 821, 825, 826, 1034, 1107-1110) | FRE 401, 403, 801, 802, 803, 901 | Π Response: Relevant to liability; Plaintiff will lay foundation; not a statement intended to be introduced to prove the truth of the matter asserted |
| 12 | Screenshots from Oakley MVARS Video (Exs. 1-11 to Deposition of Lamont Nash) | FRE 401, 403, 801, 802, 901 | Π Response: Foundation and relevance laid during Oakley and Nash's depositions; relevant to liability |
| 13 | Photographs of Lamont Nash (CHP000868-918) | FRE 401, 403, 801, 802, 901 | Π Response: Relevant to liability; Plaintiff will lay foundation; not a statement intended to be introduced to prove the truth |

| No. | Description | Objection and Grounds | Response to Objection |
|---|---|---|---|
| | | | of the matter asserted |
| 14 | Photographs of Suzanne Portillo (CHP000919-958) | FRE 401, 403, 801, 802, 901 | Π Response: Relevant to liability; Plaintiff will lay foundation; not a statement intended to be introduced to prove the truth of the matter asserted |
| 15 | Photographs of Stevenson's Vehicle after incident (PLT0001-6) | | |
| 16 | Brandon Stevenson Medical Records from Los Angeles General Medical Center (PLT00007-00320) | FRE 401, 403, 801, 802, 803, 901 | Π Response: Relevant to liability and damages; Plaintiff will lay foundation |
| 17 | Video of Bullet Removal from Stevenson (PLT00650) | FRE 401, 403, 801, 802, 803, 901 | Π Response: relevant and admissible as to damages |
| 18 | Brandon Stevenson Medical Records from UCLA Medical (PLT00475-505) | FRE 401, 403, 801, 802, 803, 901 | Π Response: Relevant to liability and damages; Plaintiff will lay foundation |
| 19 | Brandon Stevenson Medical Records from Samuel Burstein, MD (PLT00652-680) | FRE 401, 403, 801, 802, 803, 901 | Π Response: Relevant to liability and damages; Plaintiff will lay foundation |

| **No.** | **Description** | **Objection and Grounds** | **Response to Objection** |
|---|---|---|---|
| 20 | Brandon Stevenson Records from Paraclete 38 Physical Therapy (PLT00405-474) | FRE 401, 403, 801, 802, 803, 901 | Π Response: Relevant to liability and damages; Plaintiff will lay foundation |
| 21 | Brandon Stevenson Medical Records from Synovation Medical Group (000681-701) | FRE 401, 403, 801, 802, 803, 901 | Π Response: Relevant to liability and damages; Plaintiff will lay foundation |
| 22 | Relevant Portions of California Highway Patrol Manual 70.6, Chapter 1 – Use of Force | | |
| 23 | Exhibits 23-100 Reserved for Plaintiff | | |
| | **Defendants' Exhibits** | | |
| 101. | LAPD Investigation (CHP001252) | Π Objection: FRE 401, 403, 801, 802, 901 | FRE 803(8)(A)(iii) |
| 102. | LAPD Bullet Path Analysis (CHP000185-191) | Π Objection: 901 | FRE 803(8)(A)(iii) |
| 103. | Photographs of the Scene (CHP000422, 423, 424, 425, 426, 427, 429, 430, 434, 439, 445, 449, 455, 457, 459, 460, 461, 489, 490, 491, 493, 494, 496, 498, 499, 494, 495, 504, 505, 506, 511, 524, 528, 529, 550,551,552,553, 554, 555, 574, 579, 580, 581, 582, 585, 586, 591, 592, 599,633,637, 638,640, 649,645,724,725, 727, 728, 729, 730, 731, 733, 735,736,737, 739, 745,750,759,788,789,793, 794, 795, 796,797,798,799, 803,805, 809, 814-818, 819, 820, 821, 825, 826, 1007,1008,1013,1014,1017,1018,1020, 1021,1022,1023,1034, 1035,1042,1054,1059,1087,1090 | Π Objection: FRE 401, 403 | Plaintiff's blanket objections do not specify any particular photograph. FRE 803(8)(A)(iii) |

| No. | Description | Objection and Grounds | Response to Objection |
|---|---|---|---|
| 104. | CHP MAIT Report (CHP001254) Figure 1 | | |
| 105. | CHP MAIT Report (CHP001254) Figure 2 | Π Objection: FRE 403 | FRE 803(8)(A)(iii) |
| 106. | CHP MAIT Report (CHP001254) Figure 3 | Π Objection: FRE 403 | FRE 803(8)(A)(iii) |
| 107. | CHP MAIT Physical Evidence Diagram from MAIT Report (CHP001254) | | |
| 108. | CHP MAIT Report (CHP001254) Figure 12 | Π Objection: FRE 403 | FRE 803(8)(A)(iii) |
| 109. | CHP MAIT Report (CHP001254) Figure 15 | | |
| 110. | CHP MAIT Report (CHP001254) Figure 17 and page 35 | Π Objection: FRE 401, 403, 801, 802, 901 | FRE 803(8)(A)(iii) |
| 111. | CHP MAIT Report (CHP001254) Figures 18 and 19 and page 36 | Π Objection: FRE 401, 403 901 | FRE 803(8)(A)(iii) |
| 112. | CHP MAIT Report (CHP001254) Figure 21 and page 39 | Π Objection: FRE 401, 403 901 | FRE 803(8)(A)(iii) |
| 113. | CHP MAIT Report (CHP001254) Figure 22 and page 40 | Π Objection: FRE 401, 403 901 | FRE 803(8)(A)(iii) |
| 114. | CHP MAIT Report (CHP001254) page 45 | Π Objection: FRE 401, 403 901 | FRE 803(8)(A)(iii) |
| 115. | CHP MAIT Report (CHP001254) Analysis of Event Recorder Data by Officer Choi, pages 1-5, (86/94-90/94). | Π Objection: FRE 401, 403, 801, 802, 901 | FRE 803(8)(A)(iii) |
| 116. | Reserved | | |
| 117. | Reserved | | |
| 118. | Reserved | | |
| 119. | Reserved | | |
| 120. | Nash & Portillo MVARS (CHP001240) | | |
| 121. | Oakley MVARS (CHP001241) | | |

| **No.** | **Description** | **Objection and Grounds** | **Response to Objection** |
|---|---|---|---|
| 122. | 122-199 Reserved for Defendants | | |