**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
E-mail: dalekgalipo@yahoo.com
Hang D. Le (SBN 293450)
E-mail: hlee@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367S
Tel: (818) 347-3333; Fax: (818) 347-4118

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRANDON STEVENSON, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>LAMONT NASH; SUZANNE PORTILLO; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:24-cv-11112-ODW-RAO<br><br>Assigned to:<br>*Honorable Otis D. Wright*<br>*Mag. Judge Rozella A. Oliver*<br><br>**NOTICE OF LODGING OF [PROPOSED] FINAL PRETRIAL CONFERENCE ORDER**<br><br>Final Pretrial Conference:<br>Date: October 13, 2026<br>Time: 1:30 p.m.<br>Crtrm: 5D<br><br>Trial:<br>Date: November 3, 2026 |

**TO THE HONORABLE COURT**:

PLEASE TAKE NOTICE THAT the parties hereby jointly lodge the following [Proposed] Final Pretrial Conference Order.

Respectfully submitted,

DATED: October 5, 2026 LAW OFFICES OF DALE K. GALIPO

By *\/s/ Hang D. Le*
Dale K. Galipo
Hang D. Le
Attorneys for Plaintiff

DATED: October 5, 2026 ROB BONTA
Attorney General of California
ROLANDO PASQUALI
Supervising Deputy Attorney General

By *\/s/ David Klehm*
DAVID KLEHM
Deputy Attorney General
Attorneys for Defendants,
Lamont Nash and Suzanne Portillo