ROB BONTA
Attorney General of California
ROLANDO PASQUALI
Supervising Deputy Attorney General
DAVID KLEHM
Deputy Attorney General
State Bar No. 165302
600 West Broadway, Suite 1800
San Diego, CA 92101
Telephone: (619) 738-9733
Fax: (916) 732-7920
E-mail: David.Klehm@doj.ca.gov
*Attorneys for Defendants*
*Lamont Nash and Suzanne Portillo*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**CENTRAL DISTRICT**

| | |
|---|---|
| **BRANDON STEVENSON,**<br>Plaintiff,<br>**v.**<br>**LAMONT NASH, SUZANNE PORTILLO AND DOES 1 THROUGH 10, INCLUSIVE,**<br>Defendants. | 2:24-cv-11112-ODW(RAOx)<br>**DEFENDANTS' PROPOSED VERDICT FORM**<br>Courtroom: 5D<br>Judge: The Honorable Otis D. Wright, II<br><u>Final Pretrial Conference:</u><br>Date: October 13, 2026<br>Time: 1:30 p.m.<br>Courtroom: 5D<br>Trial Date: 11/03/2026<br>Action Filed: 12/26/2024 |

**TO THIS HONORABLE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

By and through their attorneys of record in this action, Defendant, Lamont Nash and Suzanne Portillo, hereby submit the following Proposed Special Verdict Form to be provided to the jury at trial.

///

///

Defendants reserve the right to amend this and any other [Proposed] Special Verdict Form, subject to any objections, motions *in limine*, and applicable Orders of the Court.

Dated: October 5, 2026

Respectfully submitted,

ROB BONTA
Attorney General of California
ROLANDO PASQUALI
Supervising Deputy Attorney General

*/s/ David Klehm*
DAVID KLEHM
Deputy Attorney General
*Attorneys for Defendants*
*Lamont Nash and Suzanne Portillo*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **BRANDON STEVENSON,**<br>Plaintiff,<br>v.<br>**LAMONT NASH, SUZANNE PORTILLO AND DOES 1 THROUGH 10, INCLUSIVE,**<br>Defendants. | Case No.: 2:24-cv-11112-ODW(RAOx)<br>[*Honorable Otis D. Wright, II*]<br><br>**VERDICT FORM** |

**DEFENDANTS, OFFICERS LAMONT NASH AND SUZANNE PORTILLO'S LIABILITY**

**<u>FOURTH AMENDMENT EXCESSIVE FORCE CLAIM</u>**

**Question No. 1: Did the acts of Officers, Lamont Nash or Suzanne Portillo deprive Brandon Stevenson of his rights under the United States Constitution prohibiting an unreasonable seizure?**

__________ YES ___________ NO

*If you answered "Yes" to Question No. 1, please answer Question No. 2.*

*If you answered "No" to Question No. 1, please have the Foreperson sign and date this Verdict.*

**Question No. 2: Was Officers Lamont Nash's or Suzanne Portillo's use of excessive force a cause of injury, damage, or harm to Brandon Stevenson?**

__________ YES ___________ NO

*If you answered "Yes" to Question No. 2, please answer Question No. 3.*

*If you answered "No" to Question No. 2, please have the Foreperson sign and date this Verdict.*

**Question 3: Did plaintiff, Brandon Stevenson, reach a point of safety where he no longer posed a threat to the public or either of the Defendants before shots were fired?**

__________ YES ___________ NO

**Question 4: Was plaintiff, Brandon Stevenson, continually in the process of evading the police between the time that the Defendant Officers first attempted to effect a traffic stop on the freeway and continuing until the time Defendants fired shots at plaintiff's vehicle?**

__________ YES __________ NO

**Question 5: Did Officer Lamont Nash have a reasonably objective fear of imminent death or great bodily injury at the time he fired at plaintiff, Brandon Stevenson's vehicle.**

__________ YES __________ NO

**Question 6: Did Officer Suzanne Portillo have a reasonably objective fear that her partner, Officer Lamont Nash was in imminent threat of death or great bodily injury at the time she fired at plaintiff, Brandon Stevenson's vehicle.**

__________ YES __________ NO

**Question 7: Was plaintiff, Brandon Stevenson, operating his vehicle with wanton or reckless disregard for human life immediately before the officers began shooting?**

__________ YES __________ NO

**<u>PLAINTIFF BRANDON STEVENSON'S DAMAGES</u>**

**Question No. 8: What are Brandon Stevenson's damages for the following:**

Past physical pain and suffering: $ ____________________________

Future physical pain and suffering: $ ______________________________

Past mental pain and suffering: $ ______________________________

Future mental pain and suffering: $ ______________________________

Past medical bills: $ ___________________________

Future medical bills: $ __________________

Past wage loss: $_______________________

Future wage loss: $________________________

*Please sign and date the verdict form and return it to the Court.*

Date: __________________

_______________________________________

Jury Foreperson

# CERTIFICATE OF SERVICE

Case Name: **Stevenson v. Nash, et al.** No. **2:24-cv-11112-ODW(RAOx)**

I hereby certify that on October 5, 2026, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

- **DEFENDANTS' PROPOSED VERDICT FORM**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on October 5, 2026, at San Francisco, California.

| | |
|---|---|
| G. Guardado | */s/ G. Guardado* |
| Declarant | Signature |

LA2025600488
45356202