**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
E-mail: dalekgalipo@yahoo.com
Hang D. Le (SBN 293450)
E-mail: hlee@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333; Fax: (818) 347-4118

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRANDON STEVENSON, an individual;<br><br>Plaintiffs,<br><br>vs.<br><br>LAMONT NASH; SUZANNE PORTILLO; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:24-cv-11112-ODW-RAO<br><br>Assigned to: *Honorable Otis D. Wright*<br>*Mag. Judge Rozella A. Oliver*<br><br>**JOINT REPORT PROPOSING NEW TRIAL DATE** |

**TO THE HONORABLE COURT:**

Pursuant to the Court's October 6, 2026 Order (Doc. No. 46), Plaintiff Brandon Stevenson and Defendants Lamonth Nash and Suzanne Portillo, (collectively, "the Parties") by and through their respective attorneys of record hereby submit this Joint Report proposing a new trial date.

The Parties have met and conferred on potential new trial dates. Based on the availability of lead trial counsel for the Parties, the Parties propose that the Court reset the trial date to **April 20, 2027**.

Respectfully submitted,

DATED: November 2, 2026 LAW OFFICES OF DALE K. GALIPO

By * /s/ Hana D. Le*
Dale K. Galipo
Hang D. Le
Attorneys for Plaintiff Brandon Stevenson

DATED: November 2, 2026

ROB BONTA
Attorney General of California
ROLANDO PASQUALI
Supervising Deputy Attorney General

***David Klehm****

DAVID KLEHM
Deputy Attorney General
Attorneys for Defendants Lamont Nash and Suzanne Portillo

*The filer, Hang D. Le, hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur with the filing's content and have authorized the filing.