UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:24-cv-11112-ODW (RAOx) | Date | November 5, 2026 |
| Title | *Brandon Stevenson v. Lamont Nash et al.* | | |

| | | |
|---|---|---|
| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| | |
|---|---|
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not present | Not present |

**Proceedings:** **In Chambers**

On November 2, 2026, the parties filed a Joint Report to propose a new trial date. (Dkt. No. 47.) Accordingly, in light of the parties' Joint Report and finding good cause, the Court **ORDERS** that the following dates and deadlines shall supersede those previously set in this matter:

- Jury Trial: **April 20, 2027, at 9:00 a.m.**;
- Deadline to File Final Trial Exhibit Stipulation: **April 15, 2027**;
- Hearing on Motions in Limine: **April 12, 2027, at 1:30 p.m.**;
- Deadline to file Oppositions to Motions in Limine: **March 31, 2027**;
- Final Pretrial Conference: **March 29, 2027, at 1:30 p.m.**;
- Deadline to file Motions in Limine: **March 24, 2027**;
- Deadline to file Amended Pretrial Documents (if any): **March 22, 2027**;

This Order does not alter any other deadlines.

**IT IS SO ORDERED.**

: 00

Initials of Preparer SE